NUMBER 13-08-119-CV


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


____________________________________________________________


WASTE MANAGEMENT OF TEXAS, INC., Appellant,


v.



CAMERON COUNTY AND RED RIVER SERVICE, Appellees.

_____________________________________________________________


On appeal from the 107th District Court of Cameron County, Texas.


_____________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Benavides, and Vela


Memorandum Opinion Per Curiam


 Appellant, Waste Management of Texas, Inc., ("Waste Management") has filed an
unopposed motion to dismiss its appeal. According to this motion, Waste Management 
no longer desires to pursue its appeal in this matter. 

 The Court, having considered the documents on file and Waste Management's
motion to dismiss the appeal, is of the opinion that the motion should be granted. See Tex.
R. App. P. 42.1(a). Waste Management's motion to dismiss its appeal is hereby granted
and its appeal is DISMISSED. Costs are taxed against appellant. See Tex. R. App. P.
42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").


 PER CURIAM

Memorandum Opinion delivered and 

filed this the 3rd day of April, 2008.